IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

ANDREW X MATTHEWS, # 164899, AND ALL OTHERS
SIMILARLY SITUATED (MEMBERS OF THE NATION OF
ISLAM RELIGIOUS GROUP

Full name and prison number
of plaintiff(s)

v.

RICHARD  ALLEN

BILLY  MITCHEM

CHARLES  BAGGETT

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED

2006 JUL 17  A 9: 44

CLERK'S OFFICE
U.S. DISTRICT COURT

CIVIL ACTION NO._____
(To be supplied by Clerk of
U.S. District Court)

2:06cv621-MHT
CSC

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO ( x )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (   )   NO ( x )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____N/A_____

               _____

               Defendant(s) _____N/A_____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) ____N/A_____

               _____

3.  Docket number _____ N/A _____

4.  Name of judge to whom case was assigned __N/A__

    _____

5.  Disposition (for example:  Was the case dismissed?
    Was it appealed?  Is it still pending?) __N/A__

    _____

6.  Approximate date of filing lawsuit _____N/A_____

7.  Approximate date of disposition _____N/A_____

II.   PLACE OF PRESENT CONFINEMENT __LIMESTONE CORRECTIONAL FACILITY__

    _____

    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __LIMESTONE__

    __CORRECTIONAL  FACILITY__ _____

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.
            **NAME**                        **ADDRESS**

1.  __RICHARD ALLEN,  301 SOUTH RIPLEY STREET, MONTGOMERY, ALABAMA 36130__

2.  __BILLY MITCHEM, 28779 NICK DAVIS ROAD, HARVEST, ALABAMA 35749__

3.  __CHARLES BAGGETT, 28779 NICK DAVIS ROAD, HARVEST, ALABAMA  35749__

4.  _____

5.  _____

6.  _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED ___ BEGINNING  IN

    __EARLY  2005  UNTIL  PRESENT (STILL ONGOING)__

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __(VIOLATION  OF THE FIRST AMENDMENT)  DENIAL  OF  THE__

__FREEDOM  TO  WORSHIP  GOD  (SEE  ATTACHED  SHEETS)__

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

_____ (SEE ATTACHED SHEETS) _____

_____

_____

_____

_____

**GROUND TWO:** DENIAL OF THE FOURTEENTH AMENDMENT - - _____

EQUAL PROTECTION AGAINST DISCRIMINATION (RELIGIOUS AND RACE)

**SUPPORTING FACTS:** _____ (SEE ATTACHED SHEETS) _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

SEE ATTACHED SHEETS

_Andrew X Matthews #164899_
Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

    EXECUTED on _7-13-06_.
                (Date)

_Andrew Matthews_
Signature of plaintiff(s)

4

VIOLATION OF THE FIRST AMENDMENT
DENIAL OF THE FREEDOM TO WORSHIP   GOD

I, Andrew X Matthews, the Plaintiff, and all others similarly
situated (Members of the Nation of Islam) have been Denied the Free-
dom to Worship God in an adequate and "sufficient time frame" by
the Chaplain at Limestone Correctional Facility, Charles Baggett.
Chaplain Charles Baggett has overtly and openly carried out unfair,
bias and discriminative practices toward me and the Nation of Islam
(NOI) Religious Group.  The Nation of Islam, at Limestone Correc-
tional Facility, consists of the persons that follow the Spiritual
Teachings and Guideance of the Most Honorable Elijah Muhammad, as
taught by His National Representative, the Honorable Minister
Louis Farrakhan.

Chaplain Charles Baggett has Denied me, the Plaintiff (and
Members of the NOI) the Freedom to peacefully assemble and proper-
ly and efficiently Worship God by adequately practicing and ful-
filling our Religious obligations, Beliefs, Rituals and Traditions,
as Muslims and as Members of the (NOI).

Chaplain Charles Baggett has Denied me (and Members of the
NOI) as follows:

a)  Chaplain Baggett has failed to provide us (NOI) the "suf-
ficient amount of time" for (NOI) Services/Classes so that we can
pray, have Ministry Classes, conduct Spiritual Self-Improvement
Study Guide Classes, and watch Religious Video's (Sermons) of our
Spiritual Teacher and Guide, the Honorable Elijah Muhammad  AND
Minister Louis Farrakhan, during (NOI) Services;

b)  The (NOI) is only permitted One (1) hour, One (1) Day

/

per week, to conduct (NOI) Services/Classes - - Friday from
3:30-4:30 PM; [1]

   c) However, Chaplain Baggett permitts <u>all</u> Christian Religious
Groups (1½-2) hours and longer, for <u>each</u> of their Services, <u>several</u>
days per week to conduct their Services/Classes;

   d) Chaplain Baggett permitts the Beacon College Christian Study
Group Members <u>four</u> (4) hours, twice a month, every other Sunday,
to, collectively, in a group setting, to study and conduct their
Classes <u>and</u> to watch Video's, in a group setting;

   e) Also, Chaplain Baggett allows the Native American Religious
Group <u>Three</u> (3) hours, <u>every</u> day of the week, to conduct their
Services and carry out their Religious practices and traditions.
Furthermore, Chaplain Baggett has unfairly targeted the Nation of
Islam with malicious and discriminative          treatment and
bias acts. Chaplain Baggett has repeatedly disrupted and inter-
fered with (NOI) Services by instructing us (Members of the NOI)
that we could not have any expressions of Singing, expressions of
Poetic's (Poems) or any expressions of Positive Rapp Expressions,
during (NOI) Services, in the Chapel. It must be noted that such
God-given talents of expressions are a normal part of the (NOI)
Religious Services - - Famous Recording Artist's Kayne West, Ms.
Erika Buhdu, Ms. Mya Angelo (Poetress) and Rapper "DA SMART" all
perform, regularly, at (NOI) Mosque Maryam, where Minister Farra-
khan serves as Minister. Also, Minister Farrakhan highly encourages

  [1] In May 2006, the Nation of Islam was given an additional One
(1) hour, per week, for (NOI) Services. Presently, the (NOI) has
one(1) hour on Monday 4:00-5:00PM and one (1) hour Friday 3:30-4:30.

us, as his followers, to work toward developing and enhancing and expressing our God-given talents.

f) Also, Chaplain Baggett has disrupted and stopped us, (Members of the NOI) from watching Religious Video's (Sermons) of Minister Louis Farrakhan, during (NOI) Services. As members of the(NOI), we had been permitted, just as all other (NOI) Religious Groups at all other Alabama prisons, to watch religious videos of our Spiritual Leader, Minister Farrakhan, during our (NOI) Services but Chaplain Baggett has maliciously and unfairly, without legitimate cause, discontinued us from this act    of Religious Freedom. This unjust Denial of my (and members of the NOI) being able to watch and listen to Minister Farrakhan Spiritual message, during our (Nation of Islam) Services is considered to us - - an act of malice and, moreso, we consider it to be Cruel and Unusual punishment. This denial, by Chaplain Baggett, has caused there to become a tremendous Spiritual void and gap between me (and members of the NOI) and our Spiritual Counselor and Guide, Minister Farrakhan. The Spiritual void & gap exists because the defendant no longer permits us to receive our Spiritual food (message) and information from the religious sermons (video's.) If Minister Farrakhan is the Head of and Senior Minister in the Nation of Islam, certainly we should be permitted to watch his religious sermons (video's) during (NOI) Services;

g) Chaplain Baggett has also maliciously stopped us (Members of the NOI) from wearing our "bow-ties", during (NOI) Services.

3

Our "bow-ties" signifies that we are "Servants" of Almighty God,
and "Servants" of Our People.  On or near July 7, 2006, me and
other members of the (NOI) were wearing our Religious Madalion's
(Star & Cresant) and Chaplain Baggett informed COI Lyons, to
instruct members of the (NOI) that we could not wear our Reli-
gious Madalion's either;

h) Chaplain Baggett openly disrespects and violates the Stand-
ards that govern the Holy Month of Fasting (RAMADAN) for Muslims.
The Alabama Department of Correctons ADMINISTRATIVE REGULATION
NO: 333 clearly states that in order for any person to participate
in the Ramadan Fast, that persons name must be submitted on eit-
her of the two (2) approved fasting list - the (NOI) Fasting
List or the Sunni Muslims Fasting List.  These two (2) Roster's
are the only roster's that is authorized by the department for
fasting.  However, during October 2005, the last Ramadan observ-
ed, Chaplain Baggett allowed numerous others groups to submit
names for fasting and he (Baggett) allowed these individuals to
fast without confering with either the Sunni Muslims Representa-
tives or without confering with any (NOI) REpresentative regard-
ing these individuals.  Any person has the Right to be allowed
to Fast if they meet the required Islamic standards.  Chaplain
Baggett readily added   names to the Ramadan list without fol-
lowing the department guidelines for doing so.  This malicious
and erroneous act was a deliberate attempt by Chaplain Baggett
to cause conflict and create chaos and confusion during this
Sacred Observance for the Muslim Religious month.  During the

4

Christian Religious Retreat (Kiaro's), which is observed several
times per year, Chaplain Baggett very stricly screens and person-
aly interviews every person that requests to be apart of this
Christian Observance - - yet he does not respect the Muslims and
our Faith to not only demonstrate the same or equal fairness, but
he even fails to follow the department's Administrative Rules that
governs fastings.

Beginning in 2005, the Natin of Islam has repeatedly tried to
show Chaplain Baggett that one (1) hour per week was "insufficient
time" for us to carry out all of our religious obligations and *the*

time       is not in congruency and fairness with the time
periods that other Religious Groups are receving.  Chaplain Bag-
gett adamantly stated that the (NOI would  not be given any addi-
tional time and he (Baggett) refused to discuss the possibility or
that topic anymore.  Chaplain Baggett has openly refused to give
us, the (NOI) fair, equal or even time that is compatable with
the time he gives Christian Religious Groups and the time he per-
mits for the Native American Religious Group; Chaplain Baggett
has refused to allow us (NOI) to watch Religious Video's during
(NOI) Services; he has refused to permit us (NOI) from expressions
of performing Songs, Poems, Positive Rapp, ect., during (NOI)
Services; he has refused to allow us (NOI) to wear our "bow-ties"
or our Religious Madalion's during (NOI) Services; and he has
refused the (NOI) access to Chapel equipment that is located in
the Chapel and for all religious groups use.

Every effort that we (members of the NOI) have put forth

5

to get these unfair, unjust and discriminative practices ad-
dressed or changed has not *helped,*   In our (NOI) attempt to have
these injustices addressed and corrected, we addressed several
Religious Complaints and letters to Prison Commissioner Richard
Allen, Department of Corrections Attorney Charles Crook as well
as sent     countless letters, Requests, and Memorandums to
Warden Billy Mitchem.

On October 3, 2005, the Nation of Islam (NOI) submitted to
Warden Billy Mitchem a Memorandum - Subject: FOURTH REQUEST TO
MEET WITH THE WARDEN.  In spite of our (NOI) sending several
Complaints to Warden Mitchem since early 2005, until the present
date, Warden Mitchem has "absolutely failed to act and has failed
to respond".

On April 27, 2006, the (NOI) addressed an "OFFICIAL COMPLAINT
TO THE COMMISSIONER (Richard Allen) detailing and informing the
Commissioner of the many discriminative practices and     acts of
          wrongdoings that were being carried out by Chaplain
Baggett and that were being allowed to continously    exist by
Warden Billy Mitchem.  Chaplain Bagget and Warden Mitchem, it
must be noted, eat lunch every day together and such a cordial
and personal relationship has prevented justice, fairness and
departmental regulations to be carried out and enforced.

Also, again, on June 5, 2006, the (NOI) submitted an
"AMENDMENT TO OFFICIAL COMPLAINT TO THE COMMISSIONER, DATED
27 APRIL 2006", to Commissioner Allen clearly informing him, a-
gain, that the discriminative practices continues to exist at

Limestone Correctional Facility.  As of the filing of this Civil
Complaint, on this date, Commissioner Allen has "failed to act" or
to put an end to the unfair, unjust and discriminative practices
that are being continuously committed against myself, the Plaintiff,
(and members of the NOI), by Chaplain Charles Baggett and Warden
Billy Mitchem.

The Denial of my (and members of the NOI) Freedom to Worship
God, in an adequate, efficient manner, and in a sufficient time
period, (as other Religious Groups are), due to the erroneous
and ufair practices of the defendants, have tremendously damaged
me (and members of the NOI) and has caused us depression, discou-
ragement, discontentment and humiliation.  Additionally, such er-
roneous practices and misdeeds of these defendants have Denied
me the Spiritual ful-fillment of praying, unitedly, with those
in the (NOI) and with those of my Religious Faith.  The defen-
dants acts of violations have Denied me the Spiritual expression
of studying, unitedly, and sharing in the Ministry & Spiritual
Self Improvement Study Guide Classes; and the misconduct of
the defendants have Denied me (and members of the NOI) the Spi-
ritual Counseling and Guideance we receive from our Spiritual
Leader and Teacher, through watching and listening to his
(Minister Farrakhan) religious sermons (video's), during (NOI)
Religious Services.

Defendants Charles Baggett and Billy Mitchem and Richard
Allen have all Denied me (and members of the NOI) from properly
and efficiently worshiping God in the required manner, by being
given ample time to do so, as others are.

7

Based upon the erroneous practices, policies and procedures being implemented, by the defendants, my (and members of the NOI) First Amendment Right of Freedom to Worship God has been and continues to be violated.

The misconduct and unlawful acts, by the defendants, not only are in violation of the United States Constitution, but their malicious, careless and erroneous practices clearly disobey's and clearly violates numerous Decree's that have, already, been established by the Courts.

GROUND TWO

## DENIAL OF THE FOURTEENTH AMENDMENT
## EQUAL PROTECTION AGAINST DISCRIMINATION
## (RELIGIOUS AND RACIAL)

Chaplain Charles Baggett and Warden Billy Mitchem have Denied me, the Plaintiff, Andrew X Matthews, and all others similarly situated (Members of the Nation of Islam NOI), at Limestone Correctional Facility, Equal Protection and Equal Treatment, but instead have overtly and directly discriminated against   us.  Prison Commissioner Richard Allen has allowed this discrimination, which consists of Religious and Racial discrimination, to unjustly occur and has permitted such discrimination to continue to exist, against myself and all others similarly situated (Members of the NOI) , after being fully informed that such wrongdoings and Civil violations were being practiced by his subordinates, Mitchem and Baggett.  On numerous ocassions, including April 27, 2006 and June 5, 2006, myself and other members of the Nation of Islam wrote letters and sent supporting documents to Commissioner Allen regarding our being discriminated against and mistreated by Mitchem and Baggett.  However, defendant Allen has shown only deliberate indifference, to our Complaints, by "failing to act" and therefore has allowed such discriminative acts to continually exist at Limestone.  The defendants, Baggett, Mitchem and Allen have, unlawfully, abused their power and intentionally discriminated against me, the Plaintiff and (Members of the NOI), by carrying out acts of wrongdoings, discriminative & unequal practices and by implementing policies, procedures and measures that are oppressive and that are contrary and in opposition to the law and to the practices that are ongoing at other Alabama prisons.

At Limestone, Christian Religious groups are cordially allowed

9

to consistently assemble, regularly, and even daily, in a "suffi-
cient time manner, $\left(1\frac{1}{2}-2\right)$ hours and longer, per Service/Classes,
to worship, practice whatever Religious requirements, obligations
they may have, including watching Religious Video's <u>during</u> their
Classes/Services, in a group setting, without undue harassment from
Chaplain Baggett. Christian Religious Groups are allowed by Bag-
gett & Mitchem, access to religious materials, publication and re-
ligious video's as well as regular visits from an "unlimited numb-
er" of Christian Freeworld Sponsors and guests. Christian Free-
world Sponsors are always allowed immediate entry into the pri-
son, without delay, intimidation and undue harassment. But to the
contrary, (NOI) Religious Sponsor(s) are "always" harassed, intimi-
dated and forced to wait lengthy periods of time <u>prior</u> to being al-
lowed entry into the prison. On several ocassions, our (NOI) Free-
world Sponsor has even been "DENIED" entry and told that (NOI) Ser-
vices were <u>not</u> being held on that date, which was untrue. Further-
more, from early 2005 to mid 2006, our (NOI) Free World Sponsor was
unjustly and unfairly, "barred" and disallowed, by Mitchem and Bag-
get, from visiting and counseling us (NOI) for a period of <u>more</u>
than a year. Chaplain Baggett and Warden Billy Mitchem did not
agree with the contents nor did they agree with how our (NOI) Spon-
sor delivered his Sermon - yet there was absolutely nothing said
to cause <u>any</u> security concerns. This unjust and wrongful act, by
the defendants, also had racial overtones, and this act was in
violation of my and our Freedom of Religion (expression). Also,
one cannot expect the message (sermon) of a (NOI) Minister to be
that of a Christian Minister, both have varing Belief systems.
That is why we, as Muslims, and that is why all people have free-

10

dom of Religion - - therefore, allowing us all to attend the Church
or Religious Service of our choosing.

Warden Billy Mitchem and Chaplain Baggett has disrupted, and
interfered with what goes on during Nation of Islam Services - -
dictating what we (Members of the Nation of Islam) can and cannot
do. Yet, neither of these individuals are members of the Islamic
Faith or members of the Nation of Islam. Most importantly, neither
of these individuals (Officials) commit such disruption or interfer-
ence during Christian Services - - they never tell the Christians
what they can and cannot do. Warden Mitchem and Cahplain Baggett
has interfered and informed us (Members of the Nation of Islam)
that we can not watch any religious video's (Sermons) of Minis-
ter Louis Farrakhan during our (Nation of Islam) Services. Addi-
tionly, these two (2) officials, Mitchem & Baggett, has told us
(NOI) that we can not have any Singing, Positive Poetic Expressions,
nor any Positive Rapp Expressions during Nation of Islam Services.
Yet, in the Nation of Islam, Kayne West, Erika Badu, Stephanie Mills,
RAPPER "DA SMART", are all regular attendee's and performers at
Mosque Maryan, where Minister Louis Farrakhan is the Minister. Such
acts of singing and a variety of expressions are the norm in the
Nation of Islam, but these prison officials openly display rancor,
racism and hate when decisions are made regarding the Nation of
Islam at Limestone Correctional Facility. It must be noted, that
all Members of the Nation of Islam (including myself, the Plaintiff)
are Black, and    the alleged violators of our Rights, Baggett,
Mitchem, are all White, including Allen.

Therefore, not only does the unfair, unjust and erroneous practices displayed by Warden Billy Mitchem and Chaplain Charles Baggett constitute religious discrimination, but, equally important, their actions, also, constitute racial discrimination.

In early  May 2006, Chaplain Baggett informed me (and other members of the NOI) that we could not wear our "bow-ties" during (NOI) Services any longer.  In the Nation of Islam we wear our "Bow-ties", during our Services, because it signifies that we are "Servants" of Almighty God, and we are "Servants" of our People.  However, Chaplain Baggett <u>did</u> instruct us that we could wear our Islamic    Madalion's (STAR & CRESANT) During our Services.  But suddenly, in early July 2006, Chaplain Baggett recanted his word and then told us we (Members of the NOI) could no longer wear our Religious Madalion's during our (NOI) Services.  To deny us (Members of the NOI) from wearing our Religious Madalions but continue to allow the Christian's wear their cross <u>anytime</u> they desire; to allow the    Members of the Jewish Faith to wear their Star of David (      ); and to allow the Native Americans to wear their Medicine/Spirit (Gear) but yet Deny the Nation of Islam from wearing their Religious Madalion's/ or Bow-ties - - is blatant discrimination and unequal practices.  To selectively choose certain Religious Groups to display/wear their Religious Symbols and depry another Religious Group the same religious expressions or religious freedom is, indeed, unjust and unfair and violates the Constitution, which guarantees me equal treatment and protection against discrimination.

12

Furthermore, the Nation of Islam Religious Study Groups at Bullock, Elmore, Ventress, Atmore, West Jefferson, Easterling, Staton and several other Alabama prisons, all are allowed and permitted to watch Religious Video's of Minister Louis Farrakhan, during Nation of Islam Services. Also, Nation of Islam members are allowd to conduct Religious Services, at these facilities, for "sufficient amounts of time, (at least $1\frac{1}{2}$-2) hours per Service, several days per week. Yet, at Limestone Correctional Facility, the Nation of Islam is grossly discriminated against and unfairly and unjustly treated by defendant's Mitchem and Bagget. Whereas,        Members of the Christian Faith are permitted "sufficient time" to conduct all their Services ($1\frac{1}{2}$-2) hours, per Service, and often times their Services last longer. The Native American are given "sufficient time" to worship and observe their faith also. Additionally, Christian Religious Groups are permitted to watch Christian Religious Video's during their Services and during their Ministry Study Classes, in groups settings. Yet, contrary to these Religious Groups, the Nation of Islam is only permitted One (1) hour [1] per week (Fridays 3:30-4:30PM) to pray, worship and conduct all their religious obligations. The (NOI) is not permitted, as others are, to watch religious videos during (NOI) Services.

[1] In May 2006, the Nation of Islam was given (1) additional hour, per week to conduct their Religious Services at Limestone. Now the (NOI) has Religious time on Monday 4:00-5:00PM, and Friday 3:30-4:30 PM.

13

Therefore, the Nation of Islam is being unfairly targeted for dis-
crimination and is being unequally treated as opposed to other Religious Groups
at Limestone Correctional Facility, by Warden Billy Mitchem and
Chaplain Charles Baggett.  Equally unjust and ufair is the fact
that Prison Commissioner Richard Allen has been made fully aware,
by me, that theses unfair practices exists, but defendant
Allen has <u>failed</u> to end these erroneous practices of misconduct.

These unequal, unfair and overt discriminative practices
have tremendously damaged me, emotionally, spiritually, mental-
ly and morally.  Such unfairness has, equally, damaged all other
members of the Nation of Islam at Limestone and has caused us,
all, depression, rejection, defeat and an outright denial of
fairness, equality and justice, all of which the U.S. Consti-
tution fully guarantees.

14

<u>STATEMENT OF CLAIM</u>

1.  Limestone Correctional Facility is an isolated prison, located in the city of Harvest, Alabama, Limestone County, Alabama, that houses approximately (2200) Minimum and Medium Custody men.

2.  Richard Allen is the Commissioner of the Alabama Department of of Corrections, in Montgomery, Alabama; Billy Mitchem is the Warden at the Limestone Facility; and Charles Baggett is the Chaplain at Limestone Correctional Facility.

3.  The facility has a Main Chapel and an Auxillary Chapel, both are located, ajacently, in the prison gymnasium.

4.  The Chapel has approximately (4-6) 25 inch color television sets with built in VCR's, as well as several DVD players.  Also, the Chapel has two (2) approximately (9") inch TV Monitors (with built in VCR) that comes with one (1) headset.  <u>Only</u> one (1) person, <u>at a time</u>, can view these (2) Monitors due to the Monitor's only having one (1) headset accomodation.  Also, these two (2) Monitors are only available for use by inmates on Tuesday, Wednesday and Thursday from 1:00 PM until 3:00 PM.  An inmate can only view these TV Monitors/VCR for <u>one</u> (1) <u>hour</u> <u>each</u>. Which means that only four (4) inmates, from <u>throughout</u> the entire prison,, can use these TV Monitors/VCR, per day, or approximately twelve (12) per week, or approximately forty-eight (48) inmates per week.  Also, these TV Monitors are on a "first come-first serve" basis, which means that the <u>same</u> people can watch it everyday if they are the first one in line.  Clearly, these (2) TV Monitors <u>cannot</u> accomodate this entire prison, and the TV Monitors were placed in the Chaple to <u>prevent</u> me and members of the NOI from watching religious video's (Sermons) of Minister Farrakhan <u>during</u> <u>NOI Services</u>.   The (4-6) 25" inch color televisions with built

15

in VCR's, that are located in the Chapel, unfortunately, are
"exclusively" used, daily, by the Chaplain's four (4) Inmate Runners,
or the television are used for special use by certain Christian
Grups, such as the Beacon College Christian Study Group and others,
based upon the decretion of Chaplain Charles Baggett.  Even though
the Chapel is closed daily on weekends, and Chaplain Baggett is
not in the institution, his (4) Runners have access to the Chapel
and their personal use of all Chapel equipment, because they are
permitted to do so by both Chaplain Baggett and Warden Mitchem.
The four (4) Chapel Runners gain access to the Chapel by their
opening the "Combination Lock" that is on the Chapel two (2) doors.
5.  The Nation of Islam has "repeatedly" requested to use just
one (1) of these (4-6) 25" inch television sets, to watch a
religious video (Sermon) of our Spiritual Leader, Minister Louis
Farrakhan, during (NOI) Services.  However, all our Requests to
both Chaplain Baggett and Warden Mitchem have been adamantly
Denied.
6.  Even though the Nation of Islam is being Denied to watch reli-
gious video's, during (NOI) Services, at Limestone, however, the
Nation of Islam Religious Groups at Bullock, Atmore, Ventress,
Draper, Staton, Easterling, St. Clair and other Alabama prisons
are permitted to watch religious video's of our Spiritual leader,
Minister Farrakhan, during (NOI) Services.
7.  At Limestone Correctional Facility, all Christian Services are
allowed to last (1½-2) hours (consistently) and longer - this in-
cludes Catholic, baptist, Metholist, Jehovah Witnesses, ect.

16

8.  Native American Religious Services/Observances are allowed
everyday for three (3) hours and longer.  During these (3)
hours, Native American Religious Group members are allowed to
properly worship God and practice their Religious Beliefs and
Rituals.

9.  Contrary to the times that are allowed all other Religious
Groups to worship and observe their religious practices/tradi-
tions, at Limestone, the Nation of Islam (NOI) is only permitted
one (1) hour per week, by Chaplain Baggett and Warden Mitchem. [1]
The Nation of Islam is allowed one (1) hour to conduct whatever
religious desires they may have on Fridays from 3:30-4:30 PM.
This one (1) hour that is allowed the NOI is absolutely "insuf-
ficient time" for us to make Salat (pray), conduct Ministry
Classes and carry out other required religious obligations.
Normally, on Fridays', the (NOI) Freeworld Sponsor from Hunts-
ville comes in and speaks, therefore the (NOI) has no    ad-
ditional times, as do all other Religious groups at Limestone,
to adequately and properly carry out     the requirements of
our Faith.

10.  These             times that the Christian Religious Groups
and the Native American Religious Grop receive from Chaplain
Baggett is totally unfair, unequal and is considerably much
more than that extended to the Nation of Islam Religious Group.

[1]
In May 2006, the Nation of Islam was given an additional
one (1) hour, per week, for (NOI) Services.  Presently,
the (NOI) has one (1) hour on Monday 4:00-5:00PM and one
(1) hour on Friday 3:30-4:30 PM.

11.  The Holy Month of Ramadan, the month of Fasting, for Muslims,
is one of the most sacred months of the year in the Islamic Faith.
Muslims are required to spend this month in fasting.  This month
(Ramadan) of fasting is observed at every Alabama prison, includ-
ing Limestone, and according to ALABAMA DOC ADMINISTRATIVE REGULA-
TION NO: 333, the (Nation of Islam) and the Sunni Islamic Community
are the only two (2) Islamic Religious Grups that are permitted
to submit a Fasting Roster (names of those fasting).  Any other
Islamic Group or any other individual, must, according to this
ADMINISTRATIVE REGULATION, have their names placed on either the
(NOI) Fasting List or the Sunni Fasting List.  This REGULATION is
recognized and adhered to by prison officials at all Alabama pri-
sons except at Liemstone, by Chaplain Baggett.  At Limestone,
the policies and procedures of defendant Baggett allows any one,
Muslim or non-Muslim, to submit their names for fasting to the
Chaplain's office, and Chaplain Baggett places this persons
name on the Muslims fasting list without confering with either
(Minister's or Leaders) of the two (2) muslim groups that are
approved to submit the lists.  This act is an intentional and
malicious method, by prison Chaplain Bagget, to create chaos
and provoke problems and confusion, for the Muslims, during their
sacred month of Ramadan.  Many individuals whose name Chaplain
Baggett places on the fasting list does not meet the requirements
and standards nor are they willing to conform to those sacred re-
qiurements/standards · which in term, causes unnecessary and
unneeded problems.

18

12.  The Christian Faith has a Religious Celebration/Observance, similar to Ramadan, that is called Kiaro's.  However Kiaro's is ce-lebrated several times per year, whereas Ramadan is observed only one time a year.  Chaplain Baggett will <u>not</u> allow any inmate, who simply desires, to participate in Kiaro's - - an inmate <u>must</u> be evaluated, interviewed, analyzed and then <u>perhaps</u> approved by Chaplain Baggett prior to attending this Christian Observance called Kiaro's.  Yet, on the other hand, Chaplain Baggett will not demonstrate the same respectful policies when it pertains to the Muslim Observance.  Chaplain Baggett will permit and add <u>any</u> inmate name to the Muslim Fasting List.  Such inappropiate and unfair conduct, by Chaplain Baggett, clearly reveals his lack of respect, interest and concern toward the Islamic Faith and the success of all Religious groups alike.  But Chaplain Baggett actions proves his discriminative behavior and his extreme indifference for the Muslim Faith.

13.  Our (NOI) Freeworld Religious Sponsor, from Huntsville, who visits us weekly is always harassed, intimidated and delayed, by prison officials, prior to him being permittted to enter the prison facility.  More times than not, our Religious Group (NOI) Sponsor is delayed and forced to stay up-front (Administration Building) for lengthy and unnecessary periods of time. Also, when our Religious Sponsor bring us Nation of Islam Religious Publications (Final Call Newspapers), the Publications are confiscated by prison officials and it may take us, (NOI) Religious Group Members, several days to receive the Publications. Such confiscation of Christian literature never occurs and

19

Christian literature is brought into Limestone daily by a number of Christian Religious Sponsors and immediately passed out to the members of the Christian faith, without delay.

13.  Christian Services are announced in the Limestone Prison Dormitories <u>everyday</u> on time so that inmates can properly be re-minded and allowed to attend.  To the contrary, Nation is Islam Services is <u>not</u> announced in the Dorms as is the Christian Ser-vices and inmates that desire to attend Nation of Islam Services are harassed, delayed, hindered and often times DENIED the Right to attend Nation of Islam Services,    . and the inmate(s) are forced to "remain" in the dorms.  Again, (NOI) Services in <u>not</u> announced, in the dorms, and in spite of us (NOI) Officials writing numerous Memorandums/Requests to Warden Billy Mitchem and in spite of our repeatedly informing Chaplain Bagget of this unfair act - - our (NOI) Services continues to <u>not</u> be announced in the dorms and the inmates continues to be intentionally denied and hindered in their efforts to attend (NOI) Services.

14.  Chaplain Charles Baggett and Warden Billy Mitchem, both, are very "anti" Nation of Islam and very "pro" Christanity.  The De-parment of Corrections ADMINISTRATIVE REGULATION NO: 333 states that the Chaplain at each facility is a "non-denominational" Chaplain and their treatment of <u>all</u> Religious Faith <u>must</u> be fair and equal.  This regulation is <u>not</u> being followed by Chaplain Baggett,    nor is this regulation being enforced by Warden Mitchem and Commissioner Allen.

15.  The Nation of Islam, at Limestone, has "repeatedly" advised

20

Warden Billy Mitchem and brought our Complaints to him, in writt-
ing, countless of times, yet Warden Mitchem knows that the viola-
tions are occurring and he is actively Allowing these unjust,
unfair, and oppressive acts to exist and in spite of our pleads
for fairness - - Warden Mitchem has turned a deaf ear and has not
acted. Prison Commissioner Richard Allen has received several
Religious Complaints from the Nation of Islam at Liemstone, dated
April 27, 2006 and June 5, 2006, but Commissioner Allen has "failed
to act" and he has not moved to end or correct    these violations.
16. Chaplain Baggett and Warden Billy Mitchem are
"best friends" and they, both, leave the prison each day together
and eat lunch. Therefore, no help or intervention into these
violations can be expected OR corrected by Warden Mitchem.
Furtheremore, no such assistance or intervention into ending these
overt violations have been interjected by Prison Commissioner
Allen and he continues to fail to act.
17. Therefore, my self, and members of the Nation of   Islam,
at Limestone Correctional Facility, have    no other recourse
except to seek the intervention and to seek Relief from the
U.S. Courts. Therefore, on this date, I, Andrew X Matthews,
submit this Civil Complaint on behalf of myself and all others
similarly situated  (Members of the Nation of Islam).

21

<u>VI</u>
RELIEF

(STATE FBRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU)

Due to the "continuous" and overt discrimination, harassment and undue biased treatment rendered against myself, the Plaintiff, and all others similarily situated (Members of the Nation of Islam), at Limestone Correctional Facility, by Chaplain Charles Baggett, Warden Billy Mitchem and Commissioner Richard Allen. I, the Plaintiff, humbly Request that this Honorable Court ORDER the following actions and measures and any other just measures this Court deem appropiate and fair:

<u>ORDER</u> :

a)   Immediate changes that ends discrimination and provides "equal protection/treatment" to all Religious Faiths - allowing equal time to Worship God and practice religious obligations and requirements;

b)   Additional Time be given to the Nation of Islam Religious Group for its Ministry, Self-Improvement Study Guide Classes; ensure that the time is compatable to and equal to the same time that is extended to Christian and other Religious Groups;

c)   Grant Permission that the Nation of Islam Religious Group be allowed to conduct their (NOI) Services in accord to the Nation of Islam Religious Protocol, whereas allowing, if desired, Singing, Poetic & Postive Rapp Expressions   and the <u>use</u> of Chapel equipment that is located in the institution Chapel;

d)   Grant Permission to allow the Nation of Islam to maintain <u>all</u> Nation of Islam Property (Nation Flag, Tapes, Cassette, Video's

*22*

of Minister Farrakhan) in the lockers that are located in the

Chapel. These said lockers are provided to the (NOI) by the

Chaplain for Nation Property. (HOWEVER ALL NATION PROPERTY HAS

AND CONTINUES TO BE CONTROLLED AND MAINTAINED BY THE CHAPELAIN'S

FOUR (4) INMATE RUNNERS;

e)    Grant permission to allow the Nation of Islam to watch

Religious Video's (Sermons) of our Spiritual Teacher & Guide,

the Honorable Minister Louis Farrakhan, during Nation of

Islam Services;

f)  That the (NOI) be allowed to Order Holy Quran's, Prayer Rugs

and Prayer Oils upon request - - rather than just (2) times

per year as Chpalin Baggett now permitts;  This old policy

used by Chaplain Baggett prohibits us from having prayer rugs

and Holy Qurans which are essential to our faith;

g)  Due to the long history of     wrongdoings by Chaplain Baggett,

including financial corruption, remove Chaplain Charles Bag-

gett from the position of Chaplain due to his ongoing violations;

h)  ORdeR the Alabama Department of Correction to "hire" and employ

at least one (1) Chaplain of the Islamic Faith so that all

Religious Faith's will be properly represented and properly

understood in a prison system that has over 28,000 inmates

and a system that has at least (15-20) Christian Chaplains - -

There are no Islamic Chaplain's in the Alabama prison system, in

spite of the huge numbers of inmates that subscribe to the

Islamic Faith;

i)  Order that an Inmate Muslim Clerk (Runner) be assigned to the

Limestone Correctional Facility Chapel along with the (4) Chris-

23

tian (Runners) that are presently   assigned - - We desire
equal representation by adding at least (1) Muslim (Runner);

j)  Reprimand and Demote, in pay grade and position, Warden Billy
    Mitchem for allowing, permitting and being an active agent
    in discrimination, civil violations and other wrongful acts
    against myself, the Plaintiff, and other members   of the
    Nation of Islam;

k)  Place a Restraining Oder that prevents any "retaliation"
    measures by the Department of Corrections officials or its
    employee's - - by preventing the Corrections agency from
    "transferring" the Plaintiff and from transferring Nation
    of Islam member Anthony Burton, AIS# 136983, who has and is
    assisting the Plaintiff with this Civil Litigation Complaint,
    until after the said Litigation has been completed or Resolv-
    ed.  The Court must be informed, adverse transfer's has al-
    ways been a "retaliation" measure against any and all inmates
    that are known to bring a Complaint against the Limestone Ad-
    ministration; also advise the Defendant's that any measure of
    "retaliation" against any Member of the Nation of Islam will
    be a   wrongful act.

24