IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDREW WAYNE MATTHEWS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:06cv621-MHT |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that plaintiff Andrew Wayne Matthews's motion for a temporary restraining (Doc. No. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 18th day of July, 2006.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**