IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ANDREW X. MATTHEWS,          )
                             )
    Plaintiff,                )
                             )       CIVIL ACTION NO.
    v.                       )         2:06cv621-MHT
                             )
RICHARD ALLEN, et al.,       )
                             )
    Defendants.              )

ORDER

After an independent and de novo review of the file, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) This causes is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C.A. § 1404.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 8th day of August, 2006.**

   /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**