**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Northern District of Alabama
   Hon. Perry Mathis
   Clerk, U. S. District Court
   140 U. S. Courthouse
   1729 5th Avenue North
   Birmingham, Al 35203

   06cv621 transfer

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 3547

   2811 February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Albert B Coleman    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  8/11/06
                                 ☐ Yes
D. Is delivery address different from item 1?  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes